# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON MEGERDISH, ) | Case No. CV 08-6409-JTL |
| Plaintiff, ) | |
| v. ) | **J U D G M E N T** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: June 30, 2009

/s/
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE