UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEVON MEGERDISH, | No. CV 08-06409-VBK |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: October 2, 2009

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE